Victoria Florida Phosphate Company, Plaintiff in Error,
vs. Lucy T. Bradley, Defendant in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

H. H. Buckman, for Plaintiff in Error.

Fleming & Fleming, for Defendant in Error.

This action was brought by the defendant in error
against the plaintiff in error. There was judgment for
the plaintiff, and the defendant takes writ of error. The
judgment is affirmed.

Decision *Per Curiam.*